DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**THOMAS WALLACE** and **BONNIE WALLACE,**
Appellants,

v.

**PROGREEN SERVICES, LLC,** and **EQUITY LIFESTYLE PROPERTIES, INC.,**
Appellees.

No. 4D19-1480

[March 4, 2020]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Meenu Sasser, Judge; L.T. Case No. 502017CA000483.

Peter Ticktin and Kenrick Almaguer of The Ticktin Law Group, Deerfield Beach, for appellants.

Patrick M. Chidnese and Stacy D. Blank of Holland & Knight LLP, Tampa, for appellees.

PER CURIAM.

*Affirmed.  Wolf v. Sam's East, Inc.,* 132 So. 3d 305 (Fla. 4th 2014).

GROSS, MAY and DAMOORGIAN, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***